FILED

03/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0473

————————————

IN RE THE PARENTING OF:

S.J.W. (born 2014), A Minor Child

LEIGH PALMERI, f/k/a LEIGH KRISE,

     Petitioner and Appellee,                            O R D E R

    v.

JEFFERY A. WILLIAMS,

     Respondent and Appellant.

————————————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on March 6, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover of the brief to include the name of the judge in which the case originated or from which an appeal is taken.

M. R. App. P. 11(6)(b)(v) requires that the cover page and first page of the brief include the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of respective counsel for the parties identifying who counsel represents; and that same information if the party is proceeding without counsel.

M. R. App. P. 12(1)(d) requires that the statement of facts portion of the brief contain a statement of the facts relevant to the issues for review. The brief needs to include references to the record to identify where to find the facts that Appellee refers to in its brief. Although Appellee's brief contains a section with a heading identifying it as a Statement of Facts, it does not fulfill the requirements of this Rule.

M. R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellee's brief fails to

provide citations to legal authority, or to the record for any of the facts referenced throughout the argument section.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
March 7 2024